UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ARLANDUS M. NOLEN #273394,

    Plaintiff,

v.

                                    File No. 2:06-cv-125

TIMOTHY LUOMA, et al.,                HON. ROBERT HOLMES BELL

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 9, 2012, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed in its entirety for failure to prosecute. (Dkt. No. 281.) No objections have been filed, and the extended deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the October 9, 2012, R&R (Dkt. No. 281) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed in its entirety.


Dated: November 1, 2012                    /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE